IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

RODNEY G. SHEPARD, SR.          *

    Plaintiff,                *

vs.                             *
                                CASE NO. 3:08-CV-07 (CDL)
CLARKE COUNTY POLICE DEPT.,     *
Chief of Police JOSEPH LUMPKIN,
Detective JEFF CLARK, et al.,   *

    Defendnats.               *

                              *

ORDER ON RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 29, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 6th day of March, 2008.

                                          S/Clay D. Land
                                            CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE