IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

RODNEY G. SHEPARD,

       Plaintiff

VS.

JOESPH LUMPKIN, *et al.*,

       Defendants

NO. 3:08-CV-7 (CDL)

**PROCEEDINGS UNDER 42 U.S.C. §1983**
**BEFORE THE U. S. MAGISTRATE JUDGE**

# O R D E R

On March 13, 2008, plaintiff RODNEY G. SHEPARD filed a pleading with the court that was entitled PLAINTIFF'S RESPONSE TO DEFENDANT'S EDWARD RESPONSES TO ORDER DATED FEBRUARY 6, 2008. Tab #24. That document was docketed as a motion to compel, as it requested action on behalf of the prison officials at the institution where plaintiff is currently housed. Specifically, plaintiff SHEPARD complained that he was being denied access to the courts through the prison's failure to provide him with the legal cases he requested.

Upon viewing the plaintiff's motion, the undersigned ordered that the defendants respond to the plaintiff's contentions. Tab #28. The defendants have done so and have provided affidavits of those responsible for providing legal reference materials to the plaintiff. It is undisputed that the plaintiff was not receiving the cases he ordered, but it is apparent that their was a legitimate reason for such failure: the person responsible for such was out ill. *See* Tab #13-2.

The plaintiff does not appear to have been prejudiced in any way by the prison's failure to provide him in a timely manner the cases he requested. If the plaintiff wishes any pending deadlines be extended as a result of the prison's delay in producing the research he needed, the court will entertain such a motion.

To the extent that the plaintiff's March 13th pleading is a motion — to compel or for contempt — the same is **DENIED**.

SO ORDERED AND DIRECTED, this 4th day of APRIL, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE