IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

RODNEY G. SHEPARD,

        Plaintiff

VS.

JOSEPH LUMPKIN, *et al.*,

        Defendants

NO. 3:08-CV-7 (CDL)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

**O R D E R**

Before the court is plaintiff RODNEY G. SHEPARD's MOTION FOR RECONSIDERATION of the undersigned's April 4, 2008 ORDER denying the plaintiff's March 13th MOTION TO COMPEL. Tab #38. As an initial matter, it appears that the April 4th ORDER was docketed incorrectly, as it was intended to deny the plaintiff's motion dated March 13, 2008 (Tab #24), but it was actually docketed as denying a second MOTION TO COMPEL, filed with the Clerk on April 3, 2008. Accordingly, the Clerk is DIRECTED to correct the mistaken entry.

As to the plaintiff's instant motion, which deals with the subject of the March 13th motion, the plaintiff avers that the April 4th ORDER was improperly decided because it denied the plaintiff's contentions as moot. The plaintiff now asserts that as a result of the defendants' failure to provide him with legal materials, his ability to litigate a separate [criminal] case was impeded. The plaintiff's motion deals with a topic beyond the scope of the instant case, and it is therefore **DENIED**. The plaintiff is – of course – free to file a *separate* civil suit containing the allegations which are the subject of his motions.[1]

---

[1] This Order makes no findings on the merits of such a claim.

Finally, the defendants responded to the plaintiff's April 3rd MOTION TO COMPEL (Tab #33) and the same is DENIED as MOOT in light of the defendants' response.

SO ORDERED AND DIRECTED this 29th day of APRIL, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE