```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
                     ATHENS DIVISION


RODNEY G. SHEPARD,                  *

       Plaintiff,                   *

vs.                                 *
                                          CASE NO. 3:08-CV-07 (CDL)
Sheriff IRA EDWARDS, et al.,        *

       Defendants.                  *
```

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation (Doc. 116) and the Report and Recommendation (Doc. 115) filed by the United States Magistrate Judge on October 31, 2008 are hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 31st day of December, 2008.


```
                              S/Clay D. Land
                                 CLAY D. LAND
                           UNITED STATES DISTRICT JUDGE
```